IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10CV190-RLV-DSC

| | |
|---|---|
| ADVANCEPIERRE FOODS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| IMPERIAL SUGAR COMPANY | ) |
| and EVERGREEN SWEETENERS, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

**ORDER**

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Christine Haaker and Nicholas W. Myles]" (documents ##21-22). For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: March 14, 2011

David S. Cayer
United States Magistrate Judge